MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL DAVIDSON (State Bar No. 215517)
DOUGLAS B. GREENSWAG (*PRO HAC VICE*)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
mikeb@prestongates.com
racheld@prestongates.com
dgreenswag@prestongates.com

Attorneys for Plaintiff
SPANSION LLC

Other Counsel Appear on Signature Page

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPANSION LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MACRONIX INTERNATIONAL CO., a Taiwan corporation, and MACRONIX AMERICA, INC., a California corporation,<br><br>Defendants. | CASE NO. C 06-1733 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER ON ACCEPTANCE OF SERVICE AND EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

**STIPULATION**

Counsel for the parties in the above entitled action have conferred regarding preliminary issues in this case. These issues include effecting valid service of process on defendant Macronix International Co., and the deadline for defendants to respond to the Complaint. In order to promote the timely and orderly prosecution of this case, the parties, through their undersigned counsel, have agreed as follows:

**STIPULATION AND [PROPOSED] ORDER ON
ACCEPTANCE OF SERVICE AND EXTENDING TIME
TO RESPOND TO THE COMPLAINT - 1**
**C 06-1733 MJJ**
**Printed on Recycled Paper**

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

(1) Counsel for the defendants, Gibson, Dunn & Crutcher LLP and Glenn K. Beaton, Esq., are authorized to and have agreed to accept service of process of the Summons and Complaint in this case on behalf of Macronix International Co. This acceptance of service of process and entry into this Stipulation shall not constitute a waiver of the defendants' right to contest personal jurisdiction, and entry into the foregoing Stipulation by Macronix International Co. and entry of this Order shall not constitute a general appearance, all rights to contest jurisdiction being expressly reserved.

(2) Defendants Macronix America, Inc. and Macronix International Co. shall have an extension of the 20-day deadline to respond to the Complaint. The deadline for defendants to respond to the Complaint shall be continued to May 26, 2006.

IT IS SO STIPULATED.

GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY, SBN 088226
STEVEN J. JOHNSON, SBN 121568
GLENN K. BEATON (*pro hac vice*)
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
JDickey@gibsondunn.com
sjjohnson@gibsondunn.com
gbeaton@gibsondunn.com

Dated: ___March_24, 2006_____ By: _____/s/_____
Steven J. Johnson
Attorneys for Defendant,
MACRONIX AMERICA, INC.
and Specially Appearing for Defendant,
MACRONIX INTERNATIONAL CO.

STIPULATION AND [PROPOSED] ORDER ON
ACCEPTANCE OF SERVICE AND EXTENDING TIME
TO RESPOND TO THE COMPLAINT - 2
C 06-1733 MJJ
Printed on Recycled Paper

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRESTON GATES & ELLIS LLP
DOUGLAS B. GREENSWAG (*PRO HAC VICE*)
RACHEL DAVIDSON (State Bar No. 215517)

Dated: ___March_24, 2006_____  By: _____/s/_____

Douglas B. Greenswag
Attorneys for Plaintiff

ORDER

The Court, having reviewed the Stipulation and Proposed Order and supporting declaration, and being fully advised of the premises, finds good cause for approving the Stipulation. Accordingly, the Court does hereby find and ORDER:

(1) Counsel for the defendants, Gibson, Dunn & Crutcher LLP and Glenn K. Beaton, Esq. have validly accepted service of process of the Summons and Complaint on behalf of Macronix International Co. This acceptance of service does not constitute a waiver of the defendants' right to contest personal jurisdiction, and entry into the foregoing Stipulation by Macronix International Co., and entry of this Order shall not constitute a general appearance, all rights to contest jurisdiction being expressly reserved.

(2) The deadline for defendants to respond to the Complaint is hereby continued to May 26, 2006.

Dated: __March 27, 2006_____    _____/s/ Martin J. Jenkins_____

Honorable Martin J. Jenkins

**STIPULATION AND [PROPOSED] ORDER ON
ACCEPTANCE OF SERVICE AND EXTENDING TIME
TO RESPOND TO THE COMPLAINT - 3**
C 06-1733 MJJ
**Printed on Recycled Paper**

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022