MICHAEL J. BETTINGER (State Bar No. 122196)
ANUP TIKKU (State Bar No. 184612)
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
mikeb@prestongates.com
anupt@prestongates.com

Attorneys for Plaintiff
SPANSION LLC

JONATHAN C. DICKEY (State Bar No. 088226)
H. MARK LYON (State Bar No. 162061)
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Phone: (650) 849-5300
Fax: (650) 849-5333

Attorneys for Defendants
MACRONIX INTERNATIONAL CO., LTD.,
and MACRONIX AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPANSION LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MACRONIX INTERNATIONAL CO., LTD, a Taiwan corporation, and MACRONIX AMERICA, INC. a California corporation,<br><br>Defendants. | Case No. C 06-1733 MJJ (EMC)<br><br>**STIPULATED [PROPOSED] ORDER RE SPANSION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

Plaintiff Spansion LLC's motion to compel production of documents came on for hearing on October 3, 2006, the Honorable Edward M. Chen presiding. Michael Bettinger of Preston Gates Ellis appeared on behalf of Spansion LLC ("Spansion") and Mark Lyon of Gibson Dunn & Crutcher

1  appeared on behalf of defendants Macronix International Co., Ltd., ("Macronix International") and
2  Macronix America, Inc. ("Macronix America"). The Court having read the parties' moving and
3  response papers, having heard oral arguments on the matter and having directed the parties to meet
4  and confer in an attempt to agree upon language consistent with the Court's remarks at the hearing,
5  hereby enters the following stipulated order:

6  Macronix International, in response to Spansion's Document Request No. 2, shall produce all
7  advertising, promotional documents, press releases, and website materials that refer to Spansion
8  MirrorBit®, dated from January 1, 2005 to the present.

9  Macronix America, in response to Spansion's Document Request No. 2, shall produce all
10 advertising, promotional documents, press releases, marketing documents and website materials that
11 refer to Spansion MirrorBit®, dated from January 1, 2005 to the present.

12 Macronix International, in response to Spansion's Document Request No. 6, shall produce all
13 marketing brochures, data sheets, advertising and website documents for NBit™ flash memory
14 products, dated from January 1, 2005 to the present.

15 Macronix America, in response to Spansion's Document Request No. 6, shall produce all
16 promotional, marketing, and advertising documents for NBit™ flash memory products, dated from
17 January 1, 2005 to the present.

18 Macronix International, in response to Spansion's Document Requests Nos. 9 and 10, shall
19 produce a compilation sufficient to show the following information about NBit™ flash memory
20 products sold from January 1, 2005 to the present: identification of customer, number of units sold
21 and net sales revenue. Macronix International shall also produce a compilation sufficient to show
22 the quarterly net sales revenue, cost of goods sold and operating expenses for NBit™ flash memory
23 products sold from January 1, 2005 to the present.

24 Macronix America, in response to Spansion's Document Requests Nos. 9 and 10, shall
25 produce a compilation sufficient to show the following information about NBit™ flash memory
26 products sold from January 1, 2005 to the present: identification of customer, number of units sold
27 and net sales revenue. Macronix America shall also produce a compilation sufficient to show the
28

STIPULATED ORDER RE
SPANSION'S MOTION TO COMPEL
Case No. C 06-1733 MJJ

2

Printed on Recycled Paper

1  quarterly net sales revenue, cost of goods sold and operating expenses for NBit™ flash memory
2  products sold from January 1, 2005 to the present.
3      Macronix International, in response to Spansion's Document Request No. 18, shall produce
4  all documents reflecting customer complaints that resulted in a change application into the ECN
5  system for NBit™ flash memory products, for the period January 1, 2005 to the present.
6      Macronix America, in response to Spansion's Document Request No. 15, shall produce all
7  documents reflecting customer complaints that resulted in a change application into the ECN system
8  for NBit™ flash memory products, for the period January 1, 2005 to the present.
9      This Order is entered with respect to discovery only, and nothing in this Order shall be
10 construed as a finding or ruling that any sales, promotion or marketing-related activities of NBit™
11 flash memory products outside of the United States have an impact on U.S. commerce, or that such
12 activities will be admissible at trial

IT IS SO ORDERED.

Dated: October 19, 2006



STIPULATED ORDER RE
SPANSION'S MOTION TO COMPEL
Case No. C 06-1733 MJJ

3

Printed on Recycled Paper