1 | MICHAEL J. BETTINGER, SBN 122196
ANUP TIKKU, SBN 184612
2 | PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
3 | San Francisco, CA 94105
Telephone: (415) 882-8200
4 | Facsimile: (415) 882-8220
mikeb@prestongates.com
5 | anupt@prestongates.com

6 | Attorneys for Plaintiff
SPANSION LLC

8 | JONATHAN C. DICKEY, SBN 088226
H. MARK LYON, SBN 162061
9 | STEVEN J. JOHNSON, SBN 121568
GIBSON, DUNN & CRUTCHER LLP
10 | 1881 Page Mill Road
Palo Alto, California 94304
11 | Telephone: (650) 849-5300
Facsimile: (650) 849-5333
12 | jdickey@gibsondunn.com
mlyon@gibsondunn.com
13 | sjjohnson@gibsondunn.com

14 | Attorneys for Defendants,
MACRONIX INTERNATIONAL CO., LTD.
15 | MACRONIX AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPANSION LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MACRONIX INTERNATIONAL CO., LTD., a Taiwan corporation, and MACRONIX AMERICA, INC., a California corporation,<br><br>Defendants. | CASE NO. C 06-01733 (MJJ) (EMC)<br><br>**REVISED STIPULATED [PROPOSED] ORDER RE DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES** |

On September 20, 2006, Defendants Macronix International Co., Ltd. ("MXIC") and Macronix America, Inc. ("MXA") (collectively, "Defendants") filed their Motion To Compel Plaintiff Spansion LLC ("Spansion") to produce all nonprivileged documents responsive to Document Request Nos. 28 and 62, and to provide supplemental responses to Interrogatory Nos. 5 and 6. Spansion filed an Opposition on October 11, 2006 and Defendants submitted a Reply Memorandum on October 18, 2006. The motion is set for a hearing before the Honorable Magistrate Judge Edward M. Chen on November 1, 2006. The parties have continued to meet and confer and respectfully ask the Court to vacate the schedule hearing and instead enter the following stipulated order ("Order"):

Spansion shall produce all nonprivileged documents responsive to Defendants' Document Request No. 28.

Spansion shall produce all nonprivileged documents responsive to Defendants' Document Request No. 62.

Spansion shall provide a supplemental response to MXA's Interrogatory No. 5, identifying all facts currently known to Spansion that support Spansion's allegations in paragraphs 6, 35, 47, and 56 of the First Amended Complaint that Spansion has suffered damages, including, but not limited to, copyright and lack of attribution damages, and alleged damages based on Spansion's alleged lost sales of MirrorBit® products. In particular, Spansion shall state whether it is claiming any damages based on alleged lost MirrorBit® sales based on its own sales information regarding MirrorBit®, and if so, what damages based on alleged lost MirrorBit® sales it is claiming.

/ /

Spansion shall provide a supplemental response to MXA's Interrogatory No. 6, identifying any and all customers currently known that Spansion claims were deceived, as alleged in paragraphs 18, 19, 20, 30, 31, and 32 of the First Amended Complaint, or otherwise "induced" to act under a "mistaken belief," as alleged in paragraphs 46 and 56 of the First Amended Complaint. If Spansion cannot identify any customers that it contends were deceived or induced to act under a mistaken belief at this stage of the case, Spansion shall so state in its supplemental response.

The hearing set for November 1, 2006 shall be taken off calendar.

IT IS SO ORDERED.

DATED: October 27, 2006

_____
M. Chen
Judge

*IT IS SO ORDERED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Agreed by and between counsel:

DATED: October 26, 2006                    /s/
                                           _____
                                           Steven J. Johnson
                                           Attorneys for Defendants,
                                           MACRONIX INTERNATIONAL CO., LTD
                                           and MACRONIX AMERICA, INC.

DATED: October 26, 2006                    /s/
                                           _____
                                           Anup Tikku
                                           Attorneys for Plaintiff
                                           SPANSION LLC