| | |
|---|---|
| 1 | JONATHAN C. DICKEY, SBN 088226 |
| | H. MARK LYON, SBN 162061 |
| 2 | STEVEN J. JOHNSON, SBN 121568 |
| | GIBSON, DUNN & CRUTCHER LLP |
| 3 | 1881 Page Mill Road |
| | Palo Alto, California 94304 |
| 4 | Telephone: (650) 849-5300 |
| | Facsimile: (650) 849-5333 |
| 5 | jdickey@gibsondunn.com |
| | mlyon@gibsondunn.com |
| 6 | sjjohnson@gibsondunn.com |
| 7 | Attorneys for Defendants, |
| | MACRONIX INTERNATIONAL CO., LTD., and |
| 8 | MACRONIX AMERICA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPANSION LLC, a Delaware corporation, | CASE NO. C 06-01733 (MJJ) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME RE: HEARING OF MOTION TO CONTINUE PRETRIAL DATES AND TRIAL DATE** |
| v. | |
| MACRONIX INTERNATIONAL CO., LTD., a Taiwan corporation, and MACRONIX AMERICA, INC., a California corporation, | |
| Defendant. | |

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER CHANGING TIME  Case No. C 06-01711 RMW

1  Defendants' Motion to Change Time Re: Hearing of Defendants' Motion to Continue Pretrial Dates and Trial Date was filed pursuant to Local Civil Rule 6-3 on December 11, 2006. Having considered the arguments and submissions of the parties, and for good cause shown, this Court hereby GRANTS Defendants' Motion Change Time. It is hereby ORDERED that:

  1. Defendants' Motion to Continue Pretrial Dates and Trial Date shall be heard at 9:30 a.m. on Tuesday, December 19, 2006;

  2. Spansion's opposition to Defendants' Motion to Continue Pretrial Dates and Trial Date shall be filed by close of business (5:00 pm), Thursday, December 14, 2006, and ~~on or before Friday, December 15, 2006, and~~

  3. Defendants' reply in support of Defendants' Motion to Continue Pretrial Dates and trial Date shall be filed on or before Friday, December 15, 2006, by close of business (5:00 pm). ~~Monday, December 18, 2006~~.

**IT IS SO ORDERED.**

Dated: ___12/12/2006_____.

_____
Martin J. Jenkins
U.S. District Court Judge

---

1

[PROPOSED] ORDER CHANGING TIME                                Case No. C 06-01711 RMW

Gibson, Dunn & Crutcher LLP