1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11   SPANSION LLC., a Delaware corporation, | Case No. C 06-1733 MJJ (EMC) |
| 12                                          Plaintiff, | STIPULATED ORDER CONTINUING PRETRIAL DATES AND TRIAL DATE |
| 13        v. | GRANTED |
| 14 | |
| 15   MACRONIX INTERNATIONAL CO., LTD, a Taiwan corporation, and MACRONIX | |
| 16   AMERICA, INC. a California corporation, | |
| 17                                          Defendants. | |

18

19        Before this Court is Macronix International Co. Ltd.'s and Macronix America, Inc.'s Motion

20   to Continue Pretrial Dates and Trial date.  After consideration of the papers filed, and the argument

21   of counsel, the Court enters the following order:

22        Based upon the stipulation of counsel, and this Court's inherent authority, the pretrial dates

23   and trial date are continued as follows:

24

25

| Deadline | Dates |
|---|---|
| Non-expert discovery cut off. | March 16, 2007 |
| Designation of Experts | March 30, 2007 |
| Expert Reports Due | April 6, 2007 |

26

27

28

[PROPOSED] ORDER CONTINUING                                        Printed on Recycled Paper
PRETRIAL DATES AND TRIAL DATE
Case No. C 06-1733 MJJ (EMC)

| Designation of Supplemental/Rebuttal Experts | April 13, 2007 |
|---|---|
| Supplemental /Rebuttal Reports | April 20, 2007 |
| Dispositive Motions (heard by) | April 24, 2007 |
| Expert Discovery Cutoff | May 4, 2007 |
| Settlement Conference (Magistrate Judge Spero) | Late May 2007 |
| Pretrial Conference | May 29, 2007 |
| Trial Date | June 18, 2007 |

IT IS SO ORDERED.


Dated: __12/20/2006__ _____

Martin J. Jenkins
United States District Judge