MICHAEL J. BETTINGER (State Bar No. 122196)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  (415) 882-8200
Fax:     (415) 882-8220
mike.bettinger@klgates.com

Attorneys for Plaintiff
SPANSION LLC


JONATHAN C. DICKEY, SBN 088226
STEVEN J. JOHNSON, SBN 121568
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
jdickey@gibsondunn.com
sjjohnson@gibsondunn.com

Attorneys for Defendants,
MACRONIX INTERNATIONAL CO., LTD.,
and MACRONIX AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPANSION, LLC, a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>MACRONIX INTERNATIONAL CO., LTD., a Taiwan corporation, and MACRONIX AMERICA, INC., a California corporation,<br><br>            Defendants. | CASE NO. C 06-01733 MJJ (EMC)<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER APPOINTING A SPECIAL MASTER** |

1    In its December 19, 2006 Minute Order, this Court advised the parties that if any further
2 discovery disputes arose, the Court would refer the parties to a special master.

3    In early January 2007, Counsel for Defendants proposed a schedule for depositions whereby
4 witnesses for Macronix International Co., LTD. ("Macronix International") were to be deposed
5 during the week of February 5, 2007, witnesses for Spansion LLC ("Spansion") were to be deposed
6 during the week of February 19, 2007 and witnesses for Macronix America, Inc. ("Macronix
7 America") were to be deposed during the week of February 26, 2007.  Counsel for Spansion accepted
8 Defendants' proposed schedule without modification.

9    On or about January 22, 2007, Counsel for Macronix International and Macronix America
10 initiated a meet and confer to change the deposition schedule in light of pending discovery disputes,
11 but the parties were unable to come to an agreement.

12    On January 29, 2007, Counsel for Macronix International and Macronix Amercia sent a letter
13 to Judge Chen seeking to modify the deposition schedule on the grounds that significant discovery
14 disputes exist.

15    Following a conference call with Judge Chen's chambers, counsel for the parties conferred
16 and agreed to modify the deposition schedule and to submit any discovery disputes to a Special
17 Master to be mutually agreed upon.

18    No depositions have yet been taken in this case.

19    WHEREAS, the parties agree to the appointment of Judge Eugene Lynch as a Special Master
20 to resolve all discovery disputes in this matter.

21    NOW, THEREFORE subject to the Court's approval, plaintiff Spansion and defendants
22 Macronix International and Macronix America hereby STIPULATE AND AGREE that:

23    1.    Judge Eugene Lynch shall be appointed Special Master to hear all discovery disputes
24 in this matter.

DATED:  February 7, 2007	GIBSON, DUNN & CRUTCHER LLP


By:  _____/s/  Jonathan C. Dickey_____
	Jonathan C. Dickey

Attorneys for Defendants
Macronix International Co., LTD., and Macronix America, Inc.


Dated:  February 7, 2007	K&L GATES


By:  _____/s/ Michael J. Bettinger_____
	Michael J. Bettinger

Attorneys for Plaintiffs,
Spansion LLC


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  ____February 12, 2007____	_____
	The Honorable Martin J. Jenkins
	United States District Court Judge