MICHAEL J. BETTINGER (State Bar No. 122196)
ANUP TIKKU (State Bar No. 184612)
RACHEL DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax:    (415) 882-8220
mike.bettinger@klgates.com
rachel.davidson@klgates.com

Attorneys for Plaintiff
SPANSION LLC

JONATHAN C. DICKEY (State Bar No. 088226)
STEVEN J. JOHNSON (State Bar No. 121568)
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 849-5300
Fax:    (650) 849-5333
jdickey@gibsondunn.com
sjjohnson@gibsondunn.com

Attorneys for Defendants
MACRONIX INTERNATIONAL CO., LTD. and
MACRONIX AMERICA, INC.

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPANSION LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MACRONIX INTERNATIONAL CO., LTD., a Taiwan corporation, and MACRONIX AMERICA, INC., a California corporation,<br><br>Defendants. | CASE NO. C 06-01733 MJJ (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiff Spansion, LLC, and Defendants Macronix International Co., Ltd. and Macronix America, Inc., by and through their counsel of record, hereby stipulate to dismissal of the entire action, with prejudice, both parties to bear their own costs.

K&L GATES LLP

Dated: March 9, 2007        By: /s/
                                 Michael J. Bettinger

Attorneys for Plaintiff SPANSION, LLC


GIBSON, DUNN & CRUTCHER LLP

Dated: March 9, 2007        By: /s/
                                 Jonathan C. Dickey

Attorneys for Defendants
MACRONIX INTERNATIONAL, CO., LTD. and
MACRONIX AMERICA, INC.


## ORDER

Good cause appearing therefore, the Court hereby orders that this action be dismissed with prejudice, both parties to bear their own costs, and the file closed. The Court's prior order dismissing this action without prejudice (Doc. #84) is hereby VACATED.

IT IS SO ORDERED.

Dated: 3/30/2007        _____
                        United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE                     -2-                    PRINTED ON RECYCLED PAPER
Case No. C 06-1733 MJJ (EMC)